# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BRANDON MITCHELL,<br><br>    Plaintiff,<br><br>  v.<br><br>APARTMENT OWNERS ASSOCIATION OF CALIFORNIA, INC.,<br><br>    Defendant. | Civil Action No. 2:22-cv-09049-AB-AFM<br><br>**ORDER** |

   Based on the Parties' Stipulation, this action is **dismissed with prejudice**.

**SO ORDERED.**

DATED: September 18, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE